

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2018

No. 04-18-00063-CV

**THE STATE OF TEXAS**,
Appellant

v.

**CPS ENERGY** F/K/A City Public Service F/K/A/ San Antonio Public Service Company,
Appellees

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017ED0021
Honorable Kelly Cross, Judge Presiding

# O R D E R

On July 18, 2018, this court issued its opinion and judgment in this appeal. A motion for rehearing is due on August 2, 2018. *See* TEX. R. APP. P. 49.1

Before the due date, Appellant filed an unopposed motion for a thirty-three-day extension of time to file a motion for rehearing.

Appellant's motion is GRANTED. Appellant's motion for rehearing is due on September 4, 2018.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2018.

KEITH E. HOTTLE,
Clerk of Court